1  Patrick T. Connor, Bar No. 089136
   Email: pconnor@deconsel.com
2  Yan Gershfeld, Bar No. 251375
   Email: ygershfeld@deconsel.com
3  DeCARLO, CONNOR & SHANLEY,
   a Professional Corporation
4  533 South Fremont Avenue, Ninth Floor
   Los Angeles, California 90071-1706
5  Telephone No. (213)488-4100
   Telecopier No. (213)488-4180
6

7  Attorneys for Plaintiffs, Carpenters Southwest
   Administrative corporation, formerly known as Carpenters
8  Southern California Administrative corporation,

9
               UNITED STATES DISTRICT COURT
10
               CENTRAL DISTRICT OF CALIFORNIA
11
                     WESTERN DIVISION
12

13  CARPENTERS SOUTHERN              )  CASE No. CV 93-7574 VAP(Ex)
    CALIFORNIA ADMINISTRATIVE        )
14  CORPORATION, etc.,               )
                                     )  [~~PROPOSED~~] RENEWAL OF
15            Plaintiff,             )  JUDGMENT
                                     )
16  v.                               )
                                     )
17  AZTEC ACOUSTICAL, a partnership  )
    also doing business as AZTEC     )
18  ACOUSTICS; TIMOTHY R. FINDLEY,   )
    individually and as co-partner in )
19  AZTEC ACOUSTICAL, a partnership, )
    also doing business as AZTEC     )
20  ACOUSTICS; JACK BLESENER, etc.   )
                                     )
21            Defendants.            )
                                     )
22

23        The judgment debtors, AZTEC ACOUSTICAL, a partnership also doing

24  business as AZTEC ACOUSTICS ("AZTEC") and JACK BLESENER,

25  individually and as co-partner in AZTEC ACOUSTICAL, a partnership, also

26  doing business as AZTEC COUSTICS, ("BLESENER"), having judgment entered

27  against AZTEC and BLESENER on June 29, 1994 and renewed on March 11,

28  2002;

1    NOW, upon application of CARPENTERS SOUTHWEST

2  ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS

3  SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"),

4  and upon declaration that AZTEC and BLESENER have failed to pay the total

5  amount of said judgment; and that AZTEC and BLESENER are indebted to

6  CSAC.

7    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment

8  against AZTEC be renewed for injunctive relief and in the amount of $125,585.60

9  and that CSAC recover as follows:

10  Judgment as entered:

11    a.    Principal ........................................................................ $    67,616.38

12    b.    Judgment interest............................................................ $    3,181.18

13    c.    Costs ............................................................................... $    0.00

14    d.    Attorney Fees.................................................................. $    4,343.16

15  Subtotal (Judgment as entered) ........................................ $    75,140.72

16    e.    Less credits after judgment............................................ $    0.00

17    f.    Interest after judgment computed from June 29, 1994

18        through February 19, 2002 at 5.31% ($11.08 per day) $    30,478.21

19    g.    Subtotal........................................................................... $    105,618.93

20    h.    Costs after judgment....................................................... $    0.00

21  Subtotal (Renewal as entered)........................................... $    105,618.93

22    i.    Less credits after judgment............................................ $    0.00

23    j.    Interest after judgment computed from March 11, 2002

24        through June 17, 2009 at 2.41% ($8.24 per day)......... $    19,966.68

25    k.    Subtotal........................................................................... $    125,585.60

26    l.    Costs after judgment....................................................... $    0.00

27  GRAND TOTAL................................................................... $    125,585.60

28  ///

2

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED requested that

2  judgment against BLESENER be renewed for injunctive relief and in the amount of

3  $49,394.56 and that CSAC recover as follows:

4

5  Judgment as entered:

6       a.    Principal ...................................................... $     67,616.38

7       b.    Judgment interest........................................ $     3,181.18

8       c.    Costs ............................................................ $     0.00

9       d.    Attorney Fees............................................. $     4,343.16

10  Subtotal (Judgment as entered) ........................................ $     75,140.72

11      e.    Less credits after judgment.......................... $     45,587.13

12      f.    Interest after judgment computed from

13            June 29, 1994 through February 19, 2002

14            at 5.31% ($11.08 per day) ........................... $     11,987.87

15      g.    Subtotal....................................................... $     41,541.45

16      h.    Costs after judgment.................................... $     0.00

17  Subtotal (Renewal as entered)........................................ $     41,541.45

18      i.    Less credits after judgment........................... $     0.00

19      j.    Interest after judgment computed from March 11, 2002

20            through June 17, 2009 at 2.41% ($3.24 per day)......... $     7,853.10

21      k.    Subtotal....................................................... $     49,394.56

22      l.    Costs after judgment.................................... $     0.00

23  GRAND TOTAL................................................... $ /   49,394.56

24  DATED: 6-18-09                    _Mu. Mead_____

25                                     CLERK
                                       UNITED STATES DISTRICT COURT
26  Presented by:                              MARGO MEAD

27  DeCARLO, CONNOR & SHANLEY,
    A Professional Corporation

28

    BY:   /s/ Yan Gershfeld
    Attorneys For Judgment Creditor