CASEY JENSEN, Bar No. 263593
cjensen@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100
Telecopier: (213) 488-4180

Attorneys for Plaintiffs, Carpenters Southwest
Administrative corporation, formerly known as Carpenters
Southern California Administrative corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AZTEC ACOUSTICAL, a partnership also doing business as AZTEC ACOUSTICS; TIMOTHY R. FINDLEY, individually and as co-partner in AZTEC ACOUSTICAL, a partnership, also doing business as AZTEC ACOUSTICS; JACK BLESENER, etc.<br><br>Defendants. | CASE No. CV 93-7574 VAP(Ex)<br><br>[PROPOSED] ORDER FOR RENEWAL OF JUDGMENT |

The judgment debtors, AZTEC ACOUSTICAL, a partnership also doing business as AZTEC ACOUSTICS ("AZTEC") and JACK BLESENER, individually and as co-partner in AZTEC ACOUSTICAL, a partnership, also doing business as AZTEC ACOUSTICS, ("BLESENER"), having judgment entered against AZTEC and BLESENER on June 29, 1994 renewed on March 11, 2002 and on June 22, 2009;

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"), and upon declaration that AZTEC and BLESENER have failed to pay the total amount of said judgment; and that AZTEC and BLESENER are indebted to CSAC.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against AZTEC be renewed for injunctive relief and in the amount of $132,150.97 and that CSAC recover as follows:

Judgment as entered:

| | | | |
|---|---|---|---:|
| | a. | Principal | $ 67,616.38 |
| | b. | Judgment interest | $ 3,181.18 |
| | c. | Costs | $ 0.00 |
| | d. | Attorney Fees | $ 4,343.16 |
| Subtotal (Judgment as entered) | | | $ 75,140.72 |
| | e. | Less credits after judgment | $ 0.00 |
| | f. | Interest after judgment computed from June 29, 1994 through February 19, 2002 at 5.31% ($11.08 per day) | $ 30,478.21 |
| | g. | Subtotal | $ 105,618.93 |
| | h. | Costs after judgment | $ 0.00 |
| Subtotal (Renewal as entered) | | | $ 105,618.93 |
| | i. | Less credits after judgment | $ 0.00 |
| | j. | Interest after judgment computed from March 11, 2002 through June 17, 2009 at 2.41% ($8.24 per day) | $ 19,966.68 |
| | k. | Subtotal | $ 125,585.60 |
| | l. | Costs after judgment | $ 0.00 |
| Subtotal (Renewal as entered) | | | $ 125,585.60 |

| | | | | |
|---|---|---|---|---|
| | m. | Less credits after judgment.................................................. $ | | 0.00 |
| | n. | Interest after judgment computed from June 22, 2009 through June 5, 2019 at 0.51% ($1.84 per day).......... $ | | 6,565.337 |
| | o. | Subtotal................................................................................ $ | | 132,150.97 |
| | p. | Costs after judgment............................................................ $ | | 0.00 |

GRAND TOTAL............................................................................................. $ 132,150.97

IT IS FURTHER ORDERED, ADJUDGED AND DECREED requested that judgment against BLESENER be renewed for injunctive relief and in the amount of $51,959.14 and that CSAC recover as follows:

Judgment as entered:

| | | | | |
|---|---|---|---|---|
| | a. | Principal ............................................................................... $ | | 67,616.38 |
| | b. | Judgment interest................................................................ $ | | 3,181.18 |
| | c. | Costs .................................................................................... $ | | 0.00 |
| | d. | Attorney Fees...................................................................... $ | | 4,343.16 |

Subtotal (Judgment as entered) ................................................................ $ 75,140.72

| | | | | |
|---|---|---|---|---|
| | e. | Less credits after judgment.................................................. $ | | 45,587.13 |
| | f. | Interest after judgment computed from June 29, 1994 through February 19, 2002 at 5.31% ($11.08 per day) ............................................. $ | | 11,987.87 |
| | g. | Subtotal................................................................................ $ | | 41,541.45 |
| | h. | Costs after judgment............................................................ $ | | 0.00 |

Subtotal (Renewal as entered)................................................................... $ 41,541.45

| | | | | |
|---|---|---|---|---|
| | i. | Less credits after judgment.................................................. $ | | 0.00 |
| | j. | Interest after judgment computed from March 11, 2002 through June 17, 2009 at 2.41% ($3.24 per day).......... $ | | 7,853.10 |
| | k. | Subtotal................................................................................ $ | | 49,394.56 |
| | l. | Costs after judgment............................................................ $ | | 0.00 |

Subtotal (Renewal as entered)................................................................... $ 49,394.56

3

| | | | | |
|---|---|---|---|---|
| | m. | Less credits after judgment.................................... $ | | 0.00 |
| | n. | Interest after judgment computed from June 22, 2009 through June 5, 2019 at 0.51% ($0.72 per day).......... $ | | 2,564.58 |
| | o. | Subtotal................................................................. $ | | 51,959.14 |
| | p. | Costs after judgment............................................. $ | | 0.00 |
| GRAND TOTAL.................................................................................. $ | | | | 51,959.14 |

DATED: 06/13/2019

*B. Moss, Deputy Clerk*
UNITED STATES DISTRICT

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

BY: _____
CASEY JENSEN
Attorneys For Judgment Creditor

4

**PROOF OF SERVICE**
(USDC Case No. 2:93-cv-07574-VAP-Ex)
(Carpenters v. Aztec Acoustical, etc.)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On June 12, 2019, I served a copy of the foregoing document, described as:
**[PROPOSED] ORDER FOR RENEWAL OF JUDGMENT**

**on defendants, addressed as follows**:

| | |
|---|---|
| Aztec Acoustical, a partnership<br>also dba Aztec Acoustics<br>(Address redacted)<br>Bakersfield, CA 93312 | Jack Blesener, individually and as co-partner in Aztec Acoustical, a partnership, also dba Aztec Acoustics,<br>(Address redacted)<br>Bakersfield, CA 93312 |

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

**[X] (BY DEPOSIT FOR COLLECTION)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on June 12, 2019, at Los Angeles, California.**

**[X] (FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco
